AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | Blake Hatlem | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Sherri Reynolds | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Abbas Alshamari

Case: 2:25−mj−30400
Assigned To : Unassigned
Assign. Date : 6/24/2025
Description: CMP USA v Sealed
Matter (SH).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 20, 2025 - June 23, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §115 | Threaten to assault, kidnap, or murder Federal official |
| 18 U.S.C. § 875(c) | Transmit interstate/foreign commerce threat to kidnap or injure |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Sherri Reynolds, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 24, 2025

*Judge's signature*

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sherri Reynolds being duly sworn, hereby state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since December of 2009. I am currently assigned to the Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving illegal firearms possession and firearms trafficking. Throughout my career, I have investigated or have been involved in hundreds of investigations that involve individuals who are felons in possession of firearms.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, police officers, informants and witnesses. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of facts known to law enforcement related to this investigation.

3. This affidavit is made in support of a criminal complaint charging Abbas ALSHAMARI with making threats to assault and/or murder federal agents and their families in violation of Title 18 U.S.C. §115 and Title 18 U.S.C § 875(c)

## SUMMARY OF THE INVESTIGATION

A. <u>ATF FIRE INVESTIGATION February 2019</u>

4. ATF and the Redford Township Fire Department responded to a residential fire at 13519 Centralia, Redford Township, MI. In the upstairs area drug paraphernalia was located. ALSHAMARI was at the residence when the fire occurred and was interviewed. ALSHAMARI indicated he stayed in the area of the residence that was burned and he indicated he liked to smoke marijuana up there. ALSHAMARI stated he has previously extracted hash oil through the use of butane. There were multiple butane cans and metal tubes in the burned area of the residence. Investigators confronted ALSHAMARI about his lying about the origin of the fire, but because the fire's exact origin could not be determined if it was intentionally set or not, ALSHAMARI was not charged in this incident. In October 2019, a mental order for involuntary hospitalization was entered for ALSHAMARI in the Third Circuit Court of Michigan.

B. <u>FEDERAL BUILDING SHOOTING January 20, 2025</u>

5. On January 20, 2025, a federal protective service agent heard shots being fired outside of the federal building at 477 Michigan Avenue, Detroit, MI.

The suspect, ALSHAMARI, was arrested at the scene after he was observed near an apparent firearm on the ground with expended shell casings. The recovered suspected firearm was determined to be a "blank-gun" that does not fire real ammunition. A subsequent search warrant was conducted at his residence and blank ammunition was recovered. A judge ordered a continuing mental order for ALSHAMARI, and he pled guilty to a misdemeanor offense related to the incident.

    C.    THREATS TO ATF

    6.    On June 14, 2025, ATF received an e-mail from abbasalshamiri3@gmail.com, an individual who identified himself as Abbas ALSHAMARI, and stated he wanted information on why he was not arrested for the numerous crimes he has committed. These crimes include setting a fire at a drug lab (marijuana), shooting a blank gun at the FBI building, calling in a false bomb threat tip, and calling in a false kidnapping and murder tip. Although ATF could not corroborate the false bomb threat or the false kidnapping claim, they were able to verify that there was a fire as mentioned above and that ALSHAMARI was involved in shooting blanks at the federal building in Detroit that houses the FBI.

    7.    On June 18, 2025, the security at the ATF Detroit Field Division was approached on foot by ALSHAMARI, who was attempting to gain access to the building. ALSHAMARI provided the name of an FBI employee that he was

allegedly there to visit. He was denied access by security. When ATF agents later contacted the FBI employee, the FBI employee stated they did not know ALSHAMARI and did not know how ALSHAMARI knew the FBI employee's name.

8. On June 20, 2025, ATF Special Agents telephonically contacted ALSHAMARI on telephone number 734-772-2890. During the interview, agents asked ALSHAMARI what he wanted resolved from ATF. ALSHAMARI was hyper-fixated during the call on believing it was unusual that he was never charged with any of the crimes. When agents told him it was not unusual, ALSHAMARI was unable to move on to another conversation topic and continued to ask the same questions. ALSHAMARI acknowledged he has mental health issues but indicated he has received treatment. ALSHAMARI stated he did not come to the ATF office and denied ever being there.

9. Between June 20, 2025, and June 23, 2025, ATF received 12 additional emails from ALSHAMARI using the e-mail abbasalshamiri3@gmail.com where he threatened to kill ATF employees. One of the email threats said, "Our kill team is going to hunt every one of you and your families connected to you one by one until it closes in on all of you. Wanna call now? Try to gaslight me and we will hit you with an unrelenting force you can't escape." Based on my training and experience, I interpret this as a threat to

seriously harm law enforcement officers and their families. This is further supported by a different e-mail sent by ALSHAMARI that said, "If I don't get a call in 3 days I'm going to the atf building my damn self and asking "did yall get these messages? These are threats on your lives and your families. And murders laid out for you." ALSHAMARI specifically stated that this is a threat on the lives of ATF agents and their families.

10.     In additional e-mails, ALSHAMARI said, "And when I go to jail coirt I'm going to tell the judge "fuck you nigger bitch. Give me contempt of court. Give me 180 days nigger" because I'm not getting out until the pentagon holds my goddamn hands out of that bitch. I'm not giving you guys no more fucking leeway to allow me to skirt crimes anymore. I'm fucking done. DOD is gonna have to hold my goddamn hands and walk me out themselves." Based on the conversation with ALSHAMARI and his previous contacts with law enforcement, ALSHAMARI appears to be seeking to be arrested on the crimes that he has committed. I interpret this e-mail as ALSHAMARI threatening to commit a crime that can't be dismissed.

## EVIDENCE OF INTERSTATE NEXUS

11.     During a conversation with staff from the ATF ESA Engineering department, agents learned that the ATF servers that receive e-mails, including tips like these, are not located in Michigan and therefore are transmitted across state lines. ALSHAMARI is physically located in Michigan and therefore his email communications to the ATF tipline were transmitted across state lines. Additionally,

ALSHAMARI is using a Google e-mail account to communicate threats to the ATF. An open-source query of the locations of the Google servers revealed that there are no Google servers located in the state of Michigan. Therefore, since ALSHAMARI was using a Google e-mail account, his communications would cross state lines prior to going to the ATF tipline.

## **CONCLUSION**

12. Based on the above information, probable cause exists that Abbas ALSHAMARI, communicated threats, via e-mail, across state lines, against federal ATF employees between June 20, 2025 to June 23, 2025, in violation of Title 18 U.S.C. §115 and Title 18 U.S.C § 875(c). In consideration of the foregoing, I respectfully request that this Court issue a complaint against Abbas ALSHAMARI for violations of Title 18 U.S.C. §115 and Title 18 U.S.C § 875(c).

Respectfully Submitted,

_____
Sherri Reynolds, Special Agent
ATF

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Date: June 24, 2025