4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

ABBAS FALITH ALSHAMARI,

Defendant.
_____/

Case: 2:25-cr-20555
Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 07/23/2025
Description: IND USA V ABBAS FALITH ALSHAMARI (LLH)

Violation:
18 U.S.C. § 875(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about and between June 14, 2025, and June 25, 2025, in the Eastern District of Michigan, the defendant, ABBAS FALITH ALSHAMARI, knowingly transmitted, in interstate commerce, a communication containing threats to injure the person of another. Specifically, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, ALSHAMARI sent a series of email messages from his Google electronic mail account with

1

username "abbasalsha[xxxxx]@gmail.com" containing threats directed towards federal law enforcement officers. All in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 981 and 28 U.S.C. § 2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 875(c), the defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), together with Title 28, United States Code, Section 2461.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

(a)     Cannot be located upon the exercise of due diligence;

(b)     Has been transferred or sold to, or deposited with, a third party;

2

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney


*s/Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Organized Crime Unit


*s/Blake S. Hatlem*
Blake S. Hatlem
Assistant United States Attorney

Dated: July 23, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/B.H.* |

**Case Title:** USA v. Abbas Alshamari

**County where offense occurred:** Wayne

**Offense Type:** Felony

Case: 2:25-cr-20555
Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 07/23/2025
Description: IND USA V ABBAS FALITH ALSHAMARI (LLH)

Indictment -- prior complaint - **Case No. 25-MJ-30400**

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

July 23, 2025
Date

*/s/ Blake Hatlem  By /s/ Ava Wallace/*

Blake Hatlem
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Blake.Hatlem@usdoj.gov
(313) 226-9613
Bar #: P58969

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.